AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RACHEL REIMAN, Individually, and on Behalf of All Others Similarly Situated Who Consent to Their Inclusion in a Collective Action <br> *Plaintiff(s)* <br> v. <br> MILZY OF VILLA, LLC d/b/a CAROLYN'S CLEANING; HEATHER GRISSOM, Individually and MILEN PATEL, Individually; <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:16cv3504T35TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MILZY OF VILLA, LLC /b/a CAROLYN'S CLEANING;
c/o GUILLERMO BETANCOURT, Registered Agent
1335 WEST CASS STREET
TAMPA, FL 33606

*[RECEIVED stamp: 2016 DEC 27 PM 3:43 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Creed & Pinkard, PLLC
c/o Joseph Odato, Esq.
13043 West Linebaugh Avenue
Tampa, FL 33626
Telephone: (813) 444-4332

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 27 2016

*Signature of Clerk or Deputy Clerk*